IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MELVIN M. HELMS                                                 PLAINTIFF

        v.                                CIVIL NO. 12-3158

CAROLYN W. COLVIN, Commissioner
Social Security Administration                               DEFENDANT

## **JUDGMENT**

For the reasons stated in this Court's Order, the Plaintiff's Complaint is hereby dismissed for failure to prosecute. The clerk is ordered to dismiss the complaint with prejudice.

DATED this the 13th day of January 2014.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE